JOHN W. SIMPSON et al., Respondents, *v.* EDMUND K. STALLO, Appellant.

*Simpson* v. *Stallo*, 166 App. Div. 919, affirmed.
(Argued February 12, 1918; decided February 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 1, 1915, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court. This action was brought against the survivor of two joint makers of a promissory note for $50,000 payable to plaintiffs. The defendant executed the note in his own behalf as a maker, and also in behalf of Alexander McDonald as the other maker. Alexander McDonald died shortly after the note was executed. The evidence established that the note was executed and delivered for services rendered by the plaintiffs to McDonald. Defendant denied that as to him the note was executed for value or that there was a valid or sufficient consideration. He also put in issue the validity of the signature of McDonald, his co-maker.

*Charles A. Winter* for appellant.
*Graham Sumner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, CRANE and ANDREWS, JJ. Not sitting: MCLAUGHLIN, J.